IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEONARD BROWN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0195

Opinion filed May 15, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

John Knowles, Assistant Public Defender, Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, and Charles R. McCoy, Senior Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of prohibition is treated as a petition for writ of certiorari, and is denied. See, e.g., Donaldson v. State, 895 So. 2d 1220 (Fla. 1st DCA 2005).

WOLF, ROWE, and SWANSON, JJ., CONCUR.